Dated: August 12, 2010 09:09:19

The following is ORDERED:

Niles Jackson
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Franklin Delon Simmons | ) | CASE NO. 09-11289 NLJ |
| Shirley Lou Thompson-Simmons, | ) | |
| | ) | |
| DEBTORS. | ) | CHAPTER 13 |

ORDER ON OBJECTION TO CLAIM OF US BANK HOME MORTGAGE

This matter comes on the objection to a claim filed by the Debtors in the above-captioned bankruptcy proceeding. Counsel sets forth the following:

1. US Bank sent a letter to the Trustee on May 13, 2010 asserting a mortgage increase of $907.85/mo.

2. The Debtors filed an objection to US Bank's claim on July 23, 2010 asserting to correct mortgage payment is $769.26/mo.

3. No response was timely filed and served within the time allowed by Local Rule 9013 (E).

4. It is therefore ordered that the claim of US Bank be shall be reduced to the correct ongoing payment of $769.26/mo

IT IS SO ORDERED THIS 11TH DAY OF August, 2010.

Approved By:

DEBORAH BROOKS & ASSOCIATES, P.C.

/s/ Deborah L. Brooks
Deborah L. Brooks, OBA #015684
One Western Plaza
5500 N. Western, Suite 130
Oklahoma City, OK 73118
(405) 840-6363
COUNSEL FOR DEBTORS